**PEOPLE ex rel. SILVERSTEIN v. WARDEN, etc.** (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Proceeding by the People of the State of New York, on the relation of Lena Silverstein, against the Warden, or Matron, or Person in Charge of Bedford Reformatory. No opinion. Motion granted.